*July 24, 2017*

2017-Ohio-6912.]

**2017–0469.   Chagrin Realty, Inc. v. Testa.**
Board of Tax Appeals, No. 2011–2523. Appellant/cross-appellee ordered to show cause, within 14 days,

why the appeal should not be dismissed for lack of jurisdiction. Appellant/cross-appellee shall address whether the Board of Tax Appeals lacked jurisdiction to reissue its decision because the 30-day appeal period had expired and whether the 30-day period for appealing from the April 29, 2014 Board of Tax Appeals' decision expired as of May 29, 2014.

Appellee/cross-appellant may file a response to the memorandum of appellant/cross-appellee within 14 days of the filing of appellant/cross-appellee's memorandum.